**PHELAN HALLINAN DIAMOND & JONES, LLP**
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Robert J. Davidow, Esquire
BANKRUPTCY ATTORNEY

REPRESENTING LENDERS IN
Pennsylvania

2/20/2019

AARON JOHN NEUHARTH, ESQUIRE
NEUHARTH LAW OFFICES, PO BOX 359
CHAMBERSBURG, PA 17201
**SENT VIA REGULAR MAIL AND FAX TO (717) 263-2928**

RE:     KRISTIN A. MARKS A/K/A KRISTIN MARKS AND MAURICE MARKS A/K/A MAURICE K. MARKS
         Bankruptcy No.: 17-04749 HWV

Dear Counselor:

    Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on August 10, 2018.

    Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of September 2018 through October 2018 in the amount of $1,261.37, for the months of November 2018 through February 2019 in the amount of $1,311.42, with additional Stipulation payments in the amount of $582.02 for the months of September 2018 through February 2019. In order to cure this default, it will be necessary for your client to remit $11,260.54, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

    **Your clients' payment to cure this default should be remitted to: Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103, ATTN: Bjorn Pilgrim and made payable to PNC MORTGAGE, A DIVISION OF PNC BANK, NA (MIAMISBURG, OH).**

    If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

                                                         Bjorn Pilgrim, Legal Assistant
                                                         Phelan Hallinan Diamond & Jones, LLP

cc:     MAURICE MARKS
       KRISTIN A. MARKS
       CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
       PNC MORTGAGE, A DIVISION OF PNC BANK, NA (MIAMISBURG, OH)
       ATTENTION: BANKRUPTCY DEPARTMENT
       ACCOUNT#********3125