United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 17-04749-HWV
Kristin A. Marks     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 16, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Menno Haven, 300 Ridgeview Drive, Chambersburg PA 17201-1530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron John Neuharth | on behalf of Debtor 1 Kristin A. Marks aneuharth@neuharthlaw.com, smartin@neuharthlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PNC Bank National Association pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor PNC Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |

| | |
|---|---|
| Markian R Slobodian | on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association, Successor By Merger et al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
 )
Kristin A. Marks, ) 1:17-04749-HWV
    Debtor/Movant ) Chapter 13

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion for Amended Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved.

The Debtor's employer is ordered withhold from Debtor's pay the sum of **$1,150.12** on a bi-monthly (two times per month) basis through and including the second pay of January 2023 and to submit the withholdings to the trustee immediately, but not more than three days after they are withheld from the Debtor's paycheck. All withheld amounts are to be sent to the Chapter 13 Trustee, Jack N. Zaharopoulos, P.O. Box 6008, Memphis, TN 38101-6008, using as reference on all payment submissions case number 1-17-04749. Said wage attachment is effective the date of this Order.

Dated: June 16, 2021      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)