IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
    KRISTIN A. MARKS, ) Case No. 17-04749
) Chapter 13
    Debtor )

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c)      $500.00
    ($2,500 to prior counsel, $500 to current counsel for 4th Amended Plan )
1. Amount Agreed to by debtor(s)      $500.00
2. Less amount paid to attorney prior to filing petition      $
3. Balance of compensation to be paid through plan distributions      $500.00
4. Expenses advanced to be paid through plan distributions      $0.00
    (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received      $
2. Compensation earned prepetition and paid to attorney prior to filing      $
3. Expenses reimbursed prepetition      $
4. Balance in retainer after deduction of prepetition compensation and expenses      $
5. Compensation and expenses approved by the Court to be paid through Plan      $
    distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $500.00.

Date: May 27, 2022      /s/ Hannah Herman-Snyder
    Hannah Herman-Snyder, Esquire
    Supreme Ct. No. 91537
    183 Lincoln Way East
    Chambersburg, PA 17201
    (717)414-7242