United States Bankruptcy Court

Middle District of Pennsylvania

In re:                      Case No. 17-04749-HWV

Kristin A. Marks          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                User: AutoDocke                Page 1 of 2

Date Rcvd: May 31, 2022           Form ID: pdf010              Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Maxim Healthcare Staffing, 800 Corporate Circle 1st Floor Harrisbur |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah Herman-Snyder | on behalf of Debtor 1 Kristin A. Marks hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PNC Bank National Association pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor PNC Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Markian R Slobodian | on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |

| | |
|---|---|
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association, Successor By Merger et al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KRISTIN A. MARKS, | ) Case No. 17-04749 |
| | ) Chapter 13 |
| Debtor | ) |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion for Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved.

The Debtor's employer, Maxim Healthcare Staffing, 800 Corporate Circle, 1st Floor, Harrisburg, PA 17110, is ordered to withhold from Debtor's wages **$1,583.26** bi-weekly, beginning with the next pay period after the date of this Order and continuing for 16 pay periods. All withheld amounts shall be sent to Jack N. Zaharopoulos, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008 using case number 1-17-04749 on all payments issued.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 31, 2022