UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KRISTIN A. MARKS<br>    Debtor(s) | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>: |
| vs. | :<br>: |
| KRISTIN A. MARKS<br>    Respondent(s) | :<br>: CASE NO.  1-17-bk-04749 |

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO
### FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this  4th  day of August, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 17, 2022 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

### CERTIFICATE OF SERVICE

AND NOW, this  4th  day of August, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Hannah Herman-Snyder, Esquire
P.O. Box 109
Lemoyne, PA   17043

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee