# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kristin A Marks

Case No.: 1-17-04749HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Patriot FCU |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 9547 |
| Property Address if applicable: | 241 Glen St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $9,324.07 |
| b. | Prepetition arrearages paid by the trustee: | $9,324.07 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $9,324.07 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment: | $211.22 |
| The next postpetition payment is due on: | Feb 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 23, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　　Phone: (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax: (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Kristin A Marks                                   CHAPTER 13
            Debtor(s)

CASE NO: 1-17-04749HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 23, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
Patriot FCU
Law Offices of Markian R Slobodian, Esquire
801 N Second St
Harrisburg PA 17102

Kristin A Marks
241 Glen St
Chambersburg PA 17201

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 23, 2023                 /s/ Liz Joyce
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone: (717) 566-6097
                                        email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-04749   **KRISTIN A. MARKS**

**PATRIOT FCU**
PO BOX 778

CHAMBERSBURG, PA  172

Acct No: 9547

REFUND/PAID IN FULL

Sequence: 07
Modify:
Filed Date:
Hold Code: P

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $8,683.07 | Interest Paid: | $0.00 |
| Amt Due: | $211.22 | Paid: | $8,682.46 | Accrued Int: | $0.00 |
| | | | | Balance Due: | $0.61 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5020** | **PATRIOT FCU** | | | | | | | |
| 502-0 | PATRIOT FCU | C | 02/03/2023 | 0 | ($0.61) | $0.00 | ($0.61) | |
| | | | | | | | Cred Rfd Chk #: 672181 | |
| 502-0 | PATRIOT FCU | | 01/18/2023 | 9015586 | $205.92 | $0.00 | $205.92 | 01/18/2023 |
| | | | | | | | Payment for 12/2022 | |
| 502-0 | PATRIOT FCU | | 01/18/2023 | 9015586 | $211.22 | $0.00 | $211.22 | 01/18/2023 |
| | | | | | | | Payment for 1/2023 | |
| 502-0 | PATRIOT FCU | | 11/16/2022 | 9015172 | $205.92 | $0.00 | $205.92 | 11/16/2022 |
| | | | | | | | Payment for 11/2022 | |
| 502-0 | PATRIOT FCU | | 10/18/2022 | 9014958 | $205.92 | $0.00 | $205.92 | 10/18/2022 |
| | | | | | | | Payment for 10/2022 | |
| 502-0 | PATRIOT FCU | | 09/13/2022 | 9014746 | $205.92 | $0.00 | $205.92 | 09/13/2022 |
| | | | | | | | Payment for 9/2022 | |
| 502-0 | PATRIOT FCU | | 08/17/2022 | 9014536 | $205.92 | $0.00 | $205.92 | 08/18/2022 |
| | | | | | | | Payment for 7/2022 | |
| 502-0 | PATRIOT FCU | | 08/17/2022 | 9014536 | $205.92 | $0.00 | $205.92 | 08/18/2022 |
| | | | | | | | Payment for 8/2022 | |
| 502-0 | PATRIOT FCU | | 07/13/2022 | 9014317 | $205.92 | $0.00 | $205.92 | 07/13/2022 |
| | | | | | | | Payment for 6/2022 | |
| 502-0 | PATRIOT FCU | | 05/17/2022 | 9013898 | $205.92 | $0.00 | $205.92 | 05/17/2022 |
| | | | | | | | Payment for 5/2022 | |
| 502-0 | PATRIOT FCU | | 04/12/2022 | 9013684 | $205.92 | $0.00 | $205.92 | 04/12/2022 |
| | | | | | | | Payment for 4/2022 | |
| 502-0 | PATRIOT FCU | | 03/16/2022 | 9013464 | $205.92 | $0.00 | $205.92 | 03/16/2022 |
| | | | | | | | Payment for 2/2022 | |
| 502-0 | PATRIOT FCU | | 03/16/2022 | 9013464 | $205.92 | $0.00 | $205.92 | 03/16/2022 |
| | | | | | | | Payment for 3/2022 | |
| 502-0 | PATRIOT FCU | | 01/19/2022 | 9013018 | $205.92 | $0.00 | $205.92 | 01/19/2022 |
| | | | | | | | Payment for 1/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 502-0 | PATRIOT FCU | | 01/19/2022 | 9013018 | $205.92 | $0.00 | $205.92 | 01/19/2022 |
| | | | | | | | Payment for 12/2021 | |
| 502-0 | PATRIOT FCU | | 12/15/2021 | 9012784 | $205.92 | $0.00 | $205.92 | 12/15/2021 |
| | | | | | | | Payment for 11/2021 | |
| 502-0 | PATRIOT FCU | | 11/16/2021 | 9012536 | $205.92 | $0.00 | $205.92 | 11/16/2021 |
| | | | | | | | Payment for 10/2021 | |
| 502-0 | PATRIOT FCU | | 10/14/2021 | 9012281 | $205.92 | $0.00 | $205.92 | 10/14/2021 |
| | | | | | | | Payment for 8/2021 | |
| 502-0 | PATRIOT FCU | | 10/14/2021 | 9012281 | $205.92 | $0.00 | $205.92 | 10/14/2021 |
| | | | | | | | Payment for 9/2021 | |
| 502-0 | PATRIOT FCU | | 09/14/2021 | 9012031 | $205.92 | $0.00 | $205.92 | 09/14/2021 |
| | | | | | | | Payment for 7/2021 | |
| 502-0 | PATRIOT FCU | | 08/18/2021 | 9011781 | $205.92 | $0.00 | $205.92 | 08/18/2021 |
| | | | | | | | Payment for 6/2021 | |
| 502-0 | PATRIOT FCU | | 05/18/2021 | 9010975 | $205.92 | $0.00 | $205.92 | 05/19/2021 |
| | | | | | | | Payment for 5/2021 | |
| 502-0 | PATRIOT FCU | | 04/15/2021 | 9010693 | $205.92 | $0.00 | $205.92 | 05/13/2021 |
| | | | | | | | Payment for 4/2021 | |
| 502-0 | PATRIOT FCU | | 03/17/2021 | 9010408 | $205.92 | $0.00 | $205.92 | 03/17/2021 |
| | | | | | | | Payment for 2/2021 | |
| 502-0 | PATRIOT FCU | | 03/17/2021 | 9010408 | $205.92 | $0.00 | $205.92 | 03/17/2021 |
| | | | | | | | Payment for 3/2021 | |
| 502-0 | PATRIOT FCU | | 01/19/2021 | 9009813 | $205.92 | $0.00 | $205.92 | 01/20/2021 |
| | | | | | | | Payment for 1/2021 | |
| 502-0 | PATRIOT FCU | | 12/10/2020 | 9009284 | $199.04 | $0.00 | $199.04 | 12/10/2020 |
| | | | | | | | Payment for 11/2020 | |
| 502-0 | PATRIOT FCU | | 12/10/2020 | 9009284 | $199.04 | $0.00 | $199.04 | 12/10/2020 |
| | | | | | | | Payment for 12/2020 | |
| 502-0 | PATRIOT FCU | | 10/15/2020 | 9008729 | $199.04 | $0.00 | $199.04 | 10/15/2020 |
| | | | | | | | Payment for 10/2020 | |
| 502-0 | PATRIOT FCU | | 09/17/2020 | 9008415 | $199.04 | $0.00 | $199.04 | 09/17/2020 |
| | | | | | | | Payment for 9/2020 | |
| 502-0 | PATRIOT FCU | | 08/12/2020 | 9008093 | $199.04 | $0.00 | $199.04 | 08/12/2020 |
| | | | | | | | Payment for 8/2020 | |
| 502-0 | PATRIOT FCU | | 07/07/2020 | 9007784 | $199.04 | $0.00 | $199.04 | 07/07/2020 |
| | | | | | | | Payment for 7/2020 | |
| 502-0 | PATRIOT FCU | | 06/02/2020 | 9007503 | $215.73 | $0.00 | $215.73 | 06/02/2020 |
| | | | | | | | Payment for 5/2020 | |
| 502-0 | PATRIOT FCU | | 06/02/2020 | 9007503 | $215.73 | $0.00 | $215.73 | 06/02/2020 |
| | | | | | | | Payment for 6/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 502-0 | PATRIOT FCU | | 04/14/2020 | 1216595 | $215.73 | $0.00 | $215.73 | 04/17/2020 |
| | | | | | DisbDescrp Payment for 3/2020 | | | |
| 502-0 | PATRIOT FCU | | 04/14/2020 | 1216595 | $215.73 | $0.00 | $215.73 | 04/17/2020 |
| | | | | | Payment for 4/2020 | | | |
| 502-0 | PATRIOT FCU | | 02/13/2020 | 1214002 | $215.73 | $0.00 | $215.73 | 02/19/2020 |
| | | | | | Payment for 2/2020 | | | |
| 502-0 | PATRIOT FCU | | 01/16/2020 | 1212650 | $215.73 | $0.00 | $215.73 | 01/24/2020 |
| | | | | | Payment for 1/2020 | | | |
| 502-0 | PATRIOT FCU | | 12/12/2019 | 1211286 | $235.83 | $0.00 | $235.83 | 12/18/2019 |
| | | | | | Payment for 10/2019 | | | |
| 502-0 | PATRIOT FCU | | 12/12/2019 | 1211286 | $208.23 | $0.00 | $208.23 | 12/18/2019 |
| | | | | | Payment for 11/2019 | | | |
| 502-0 | PATRIOT FCU | | 12/12/2019 | 1211286 | $208.23 | $0.00 | $208.23 | 12/18/2019 |
| | | | | | Payment for 12/2019 | | | |
| 502-0 | PATRIOT FCU | | 11/07/2019 | 1209920 | $194.43 | $0.00 | $194.43 | 11/14/2019 |
| | | | | | Payment for 9/2019 | | | |
| 502-0 | PATRIOT FCU | | 09/26/2019 | 1207645 | $194.43 | $0.00 | $194.43 | 10/01/2019 |
| | | | | | Payment for 8/2019 | | | |
| | | | | **Sub-totals:** | **$8,682.46** | **$0.00** | **$8,682.46** | |
| | | | | **Grand Total:** | **$8,682.46** | **$0.00** | | |

# Disbursements for Claim

**Case:** 17-04749    **KRISTIN A. MARKS**

**PATRIOT FEDERAL CREDIT UNION**
P.O. BOX 778

CHAMBERSBURG, PA 172

**Acct No:** 9547/PRE ARREARS/241 GLEN

Sequence: 24
Modify:
Filed Date: 4/10/2018 12:00:00AM
Hold Code:

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $18,000.00 | Debt: $641.61 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: $641.61 | Accrued Int: | $0.00 |
| | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PATRIOT FEDERAL CREDIT UNION** | | | | | | | |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 01/18/2023 | 9015587 | $191.76 | $0.00 | $191.76 | 01/18/2023 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 11/16/2022 | 9015173 | $137.58 | $0.00 | $137.58 | 11/16/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 09/13/2022 | 9014747 | $74.46 | $0.00 | $74.46 | 09/13/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 08/17/2022 | 9014537 | $25.79 | $0.00 | $25.79 | 08/18/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 05/17/2022 | 9013899 | $76.52 | $0.00 | $76.52 | 05/17/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 04/12/2022 | 9013685 | $32.75 | $0.00 | $32.75 | 04/12/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 01/19/2022 | 9013019 | $15.60 | $0.00 | $15.60 | 01/19/2022 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 05/18/2021 | 9010976 | $25.44 | $0.00 | $25.44 | 05/19/2021 |
| 521-0 | PATRIOT FEDERAL CREDIT UNION | | 04/15/2021 | 9010694 | $61.71 | $0.00 | $61.71 | 05/13/2021 |
| | | | | Sub-totals: | $641.61 | $0.00 | $641.61 | |
| | | | | Grand Total: | $641.61 | $0.00 | | |