# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kristin A Marks

Case No.: 1-17-04749HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PNC Bank |
| Court Claim Number: | 4 |
| Last Four of Loan Number: | 3125 |
| Property Address if applicable: | 241 Glen St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $67,873.75 |
| b. | Prepetition arrearages paid by the trustee: | $67,873.75 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $67,873.75 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment: | $1,314.49 |
| The next postpetition payment is due on: | Feb 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 23, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Kristin A Marks                         CHAPTER 13
               Debtor(s)

CASE NO: 1-17-04749HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 23, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342


Kristin A Marks
241 Glen St
Chambersburg PA 17201


I certify under penalty of perjury that the foregoing is true and correct.


Date:  February 23, 2023          /s/  Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-04749   **KRISTIN A. MARKS**

**PNC BANK**  
BANKRUPTCY DEPT  
3232 NEWMARK DR  
MIAMISBURG, OH  45342

Sequence: 07  
Modify:  
Filed Date:  
Hold Code:

Acct No: 3125

| | | | | | | |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $55,489.93 | Interest Paid: | | $0.00 |
| Amt Due: | $1,314.49 | Paid: | $55,489.93 | Accrued Int: | | $0.00 |
| | | | | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **PNC BANK** | | | | | | | |
| 501-0 | PNC BANK | | 01/18/2023 | 2021095 | $1,311.22 | $0.00 | $1,311.22 | |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | PNC BANK | | 01/18/2023 | 2021095 | $1,314.49 | $0.00 | $1,314.49 | |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | PNC BANK | | 11/16/2022 | 2019145 | $1,311.22 | $0.00 | $1,311.22 | 12/07/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | PNC BANK | | 10/18/2022 | 2018113 | $1,311.22 | $0.00 | $1,311.22 | 10/26/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | PNC BANK | | 09/13/2022 | 2017042 | $1,311.22 | $0.00 | $1,311.22 | 09/19/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | PNC BANK | | 08/17/2022 | 2016039 | $1,311.22 | $0.00 | $1,311.22 | 08/24/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | PNC BANK | | 08/17/2022 | 2016039 | $1,311.22 | $0.00 | $1,311.22 | 08/24/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | PNC BANK | | 07/13/2022 | 2014966 | $1,311.22 | $0.00 | $1,311.22 | 07/20/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | PNC BANK | | 05/17/2022 | 2012967 | $1,311.22 | $0.00 | $1,311.22 | 05/24/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | PNC BANK | | 04/12/2022 | 2011887 | $1,311.22 | $0.00 | $1,311.22 | 04/19/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | PNC BANK | | 03/16/2022 | 2010868 | $1,311.22 | $0.00 | $1,311.22 | 03/23/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | PNC BANK | | 03/16/2022 | 2010868 | $1,311.22 | $0.00 | $1,311.22 | 03/23/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | PNC BANK | | 01/19/2022 | 2008904 | $1,344.44 | $0.00 | $1,344.44 | 01/26/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | PNC BANK | | 01/19/2022 | 2008904 | $1,311.22 | $0.00 | $1,311.22 | 01/26/2022 |
| | | | | | | | Payment for 1/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PNC BANK | | 12/15/2021 | 2007891 | $1,344.44 | $0.00 | $1,344.44 | 12/23/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $1,344.44 | $0.00 | $1,344.44 | 11/23/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | PNC BANK | | 10/14/2021 | 2005839 | $1,344.44 | $0.00 | $1,344.44 | 10/19/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | PNC BANK | | 10/14/2021 | 2005839 | $1,344.44 | $0.00 | $1,344.44 | 10/19/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | PNC BANK | | 09/14/2021 | 2004791 | $1,344.44 | $0.00 | $1,344.44 | 09/20/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | PNC BANK | | 08/18/2021 | 2003791 | $1,344.44 | $0.00 | $1,344.44 | 08/25/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | PNC BANK | | 05/18/2021 | 2000743 | $1,344.44 | $0.00 | $1,344.44 | 05/26/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | PNC BANK | | 04/15/2021 | 1229359 | $1,344.44 | $0.00 | $1,344.44 | 04/21/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $1,344.44 | $0.00 | $1,344.44 | 03/25/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $1,344.44 | $0.00 | $1,344.44 | 03/25/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | PNC BANK | | 01/19/2021 | 1226316 | $1,344.44 | $0.00 | $1,344.44 | 01/27/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | PNC BANK | | 12/10/2020 | 1224531 | $1,312.71 | $0.00 | $1,312.71 | 12/15/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | PNC BANK | | 12/10/2020 | 1224531 | $1,312.71 | $0.00 | $1,312.71 | 12/15/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | PNC BANK | | 10/15/2020 | 1222755 | $1,312.71 | $0.00 | $1,312.71 | 10/21/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | PNC BANK | | 09/17/2020 | 1221763 | $1,312.71 | $0.00 | $1,312.71 | 09/23/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | PNC BANK | | 08/12/2020 | 1220702 | $1,312.71 | $0.00 | $1,312.71 | 08/19/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | PNC BANK | | 07/07/2020 | 1219660 | $1,312.41 | $0.00 | $1,312.41 | 07/13/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | PNC BANK | | 06/02/2020 | 1218635 | $1,312.41 | $0.00 | $1,312.41 | 06/09/2020 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | PNC BANK | | 06/02/2020 | 1218635 | $1,312.41 | $0.00 | $1,312.41 | 06/09/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | PNC BANK | | 04/14/2020 | 1216645 | $1,312.41 | $0.00 | $1,312.41 | 04/21/2020 |
| | | | | | | | Payment for 3/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | PNC BANK | | 04/14/2020 | 1216645 | $1,312.41 | $0.00 | $1,312.41 | 04/21/2020 |
| | | | | | | Payment for 4/2020 | | |
| 501-0 | PNC BANK | | 02/13/2020 | 1214054 | $1,312.41 | $0.00 | $1,312.41 | 02/20/2020 |
| | | | | | | Payment for 2/2020 | | |
| 501-0 | PNC BANK | | 01/16/2020 | 1212706 | $1,312.41 | $0.00 | $1,312.41 | 01/22/2020 |
| | | | | | | Payment for 1/2020 | | |
| 501-0 | PNC BANK | | 12/12/2019 | 1211339 | $1,311.42 | $0.00 | $1,311.42 | 12/18/2019 |
| | | | | | | Payment for 10/2019 | | |
| 501-0 | PNC BANK | | 12/12/2019 | 1211339 | $1,311.42 | $0.00 | $1,311.42 | 12/18/2019 |
| | | | | | | Payment for 11/2019 | | |
| 501-0 | PNC BANK | | 12/12/2019 | 1211339 | $1,311.42 | $0.00 | $1,311.42 | 12/18/2019 |
| | | | | | | Payment for 12/2019 | | |
| 501-0 | PNC BANK | | 11/07/2019 | 1209971 | $1,311.42 | $0.00 | $1,311.42 | 11/14/2019 |
| | | | | | | Payment for 9/2019 | | |
| 501-0 | PNC BANK | | 09/26/2019 | 1207708 | $1,311.42 | $0.00 | $1,311.42 | 10/03/2019 |
| | | | | | | Payment for 8/2019 | | |
| | | | | Sub-totals: | $55,489.93 | $0.00 | $55,489.93 | |
| | | | | Grand Total: | $55,489.93 | $0.00 | | |

# Disbursements for Claim

**Case:** 17-04749    **KRISTIN A. MARKS**

**PNC BANK**
ATTN: BANKRUPTCY DEPT
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342-

Sequence: 24
Modify:
Filed Date: 12/26/2017 12:00:00AM
Hold Code:

Acct No: 3125/PRE ARREARS/241 GLEN
09/19 AMENDED

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $132,646.05 | Debt: $12,383.82 | Interest Paid: | $0.00 | |
| Amt Due: | $0.00 | Paid: $12,383.82 | Accrued Int: | $0.00 | |
| | | | Balance Due: | $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **PNC BANK** | | | | | | | |
| 520-0 | PNC BANK | | 01/18/2023 | 2021096 | $3,701.23 | $0.00 | $3,701.23 | |
| 520-0 | PNC BANK | | 11/16/2022 | 2019147 | $2,622.74 | $0.00 | $2,622.74 | 12/07/2022 |
| 520-0 | PNC BANK | | 10/18/2022 | 2018115 | $32.59 | $0.00 | $32.59 | 10/25/2022 |
| 520-0 | PNC BANK | | 09/13/2022 | 2017044 | $1,437.21 | $0.00 | $1,437.21 | 09/20/2022 |
| 520-0 | PNC BANK | | 08/17/2022 | 2016041 | $497.86 | $0.00 | $497.86 | 08/24/2022 |
| 520-0 | PNC BANK | | 05/17/2022 | 2012969 | $1,476.83 | $0.00 | $1,476.83 | 05/24/2022 |
| 520-0 | PNC BANK | | 04/12/2022 | 2011889 | $527.22 | $0.00 | $527.22 | 04/19/2022 |
| 520-0 | PNC BANK | | 03/16/2022 | 2010870 | $104.81 | $0.00 | $104.81 | 03/23/2022 |
| 520-0 | PNC BANK | | 01/19/2022 | 2008906 | $301.23 | $0.00 | $301.23 | 01/26/2022 |
| 520-0 | PNC BANK | | 05/18/2021 | 2000745 | $490.93 | $0.00 | $490.93 | 05/27/2021 |
| 520-0 | PNC BANK | | 04/15/2021 | 1229361 | $1,191.17 | $0.00 | $1,191.17 | 04/21/2021 |

Sub-totals: $12,383.82    $0.00    $12,383.82

Grand Total: $12,383.82    $0.00