Certificate Number: 17082-PAM-DE-037302090

Bankruptcy Case Number: 17-04749


17082-PAM-DE-037302090

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 28, 2023, at 6:36 o'clock PM MST, KRISTIN A MARKS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 29, 2023

By: /s/Mary J Miller

Name: Mary J Miller

Title: Certified Credit Counselor