In re:  Case No. 17-04749-HWV

Kristin A. Marks  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 30, 2023 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin A. Marks, 241 Glen Street, Chambersburg, PA 17201-1011 |
| cr | + | Patriot Federal Credit Union, c/o Markian R. Slobodian, Esq., 801 North Second Street, Harrisburg, PA 17102-3213 |
| 4995866 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Nelnet on behalf of USA Funds, USA Funds c/o Navient Solutions Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes-Barre PA 18773-9430 |
| 4992922 | ++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 5046470 | + | Patriot Federal Credit Union, c/o Law Offices of Markian R. Slobodian, 801 N. Second St., Harrisburg, PA 17102-3213 |
| 4992919 | | Phelan Hallinan Diamond & Jones, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 4992921 | | Professional Account Mgmt, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 4992923 | + | Summit Physician Services, 785 Fifth Ave., Ste 3, Chambersburg, PA 17201-4232 |
| 4992925 | + | TSI - Medical, PO Box 15273, Wilmington, DE 19850-5273 |
| 4992926 | + | Wiegand's Professional Law Care Ser, PO Box 69, Fayetteville, PA 17222-0069 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5078155 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 30 2023 18:40:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 5007913 | | EDI: GMACFS.COM | Mar 30 2023 22:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4992910 | | EDI: GMACFS.COM | Mar 30 2023 22:37:00 | Ally Financial, Payment Processing, PO Box 9001951, Louisville, KY 40290-1951 |
| 4992911 | + | EDI: CAPITALONE.COM | Mar 30 2023 22:37:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5013422 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 18:51:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4992912 | | EDI: CITICORP.COM | Mar 30 2023 22:37:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 4992913 | | Email/Text: bankruptcy@dsservices.com | Mar 30 2023 18:40:00 | Crystal Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 4992914 | ^ | MEBN | Mar 30 2023 18:36:57 | DS Services of America, c/o Collection Bureau of America, PO Box 5013, Hayward, CA 94540-5013 |
| 4992915 | | EDI: IRS.COM | Mar 30 2023 22:37:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4992916 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 30 2023 18:40:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5047104 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2023 18:51:34 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5029445 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2023 18:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4992917 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 30 2023 18:40:00 | NelNet Lns, 3015 s Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 4992920 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2023 18:40:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5005643 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2023 18:40:00 | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH, 45342 |
| 5252527 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2023 18:40:00 | PNC Bank, National Association, PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH, 45342 |
| 4992918 | + | Email/Text: bankruptcy@patriotfcu.org | Mar 30 2023 18:40:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5047194 | + | Email/Text: bncmail@w-legal.com | Mar 30 2023 18:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4992924 | | EDI: WTRRNBANK.COM | Mar 30 2023 22:37:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 4999472 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 30 2023 18:40:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 01, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Kristin A. Marks hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PNC Bank  National Association pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor PNC Bank  National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Markian R Slobodian | on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net |
| Michael Patrick Farrington | on behalf of Creditor PNC Bank  National Association mfarrington@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| Thomas Song | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association, Successor By Merger et al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kristin A. Marks<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7890<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-04749-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristin A. Marks

3/30/23

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W	**Chapter 13 Discharge**	page 2