United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-04749-HWV |
| Kristin A. Marks | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristin A. Marks, 241 Glen Street, Chambersburg, PA 17201-1011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Kristin A. Marks hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor PNC Bank  National Association pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | |
|---|---|
| Mario John Hanyon | on behalf of Creditor PNC Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Markian R Slobodian | on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net |
| Michael Patrick Farrington | on behalf of Creditor PNC Bank National Association mfarrington@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association, Successor By Merger et al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kristin A. Marks, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−04749−HWV |

Social Security No.:
xxx−xx−7890

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 16, 2023

**fnldec** (01/22)