**Fill in this information to identify the case:**

Debtor 1: KRISTIN A. MARKS

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case Number: 1:17-04749 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC BANK, NATIONAL ASSOCIATION

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: 3125

**Date of payment change:** 01/01/2020
***Please see below disclaimer.**
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any        $1,312.71

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $410.51      **New escrow payment:** $409.24

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** ____ %        **New interest rate:** ____ %
   **Current principal and interest payment:** ____    **New principal and interest payment:** ____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   **Current mortgage payment:** _____    **New mortgage payment:** _____

Official Form 410S1       **Notice of Mortgage Payment Change**       page 1

| Debtor 1 | KRISTIN A. MARKS A/K/A KRISTIN MARKS | Case Number (if known) | 1:17-04749 HWV |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Jerome Blank, Esquire      Date December 9, 2019
   Signature

Print: Jerome Blank, Esq., Id. No.49736      Title Attorney
         First Name    Middle Name    Last Name

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone 215-563-7000      Email jerome.blank@phelanhallinan.com

***The current escrow payment in the attached Escrow Statement will not match the previously filed NOPC or POC, as this escrow payment is based on the contractual due date. This will not have any impact on the borrower.

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

Case 1:17-bk-04749-HWV    Doc    Filed 12/10/19    Entered 12/10/19 17:09:56    Desc
Main Document     Page 2 of 2